Betty Donoho, Appellee, v. O'Connell's, Inc., Appellant.

Gen. No. 47,008.

First District, First Division.

March 12, 1957.

Released for publication May 2, 1957.

Albert M. Howard, for appellant,
Charles D. Snewind, of counsel; Lewis L. Root, Percival E. Thompson, and Kellam Foster, for appellee. Opinion by JUDGE BURKE.
Not to be published in full.